gws

FILED*11 FEB 25 15:45USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. CR 11-91-BR |
| v. | INDICTMENT |
| GREGORY EDWARD PACCONE JR., | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| Defendant. | 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) and 853 |
| | UNDER SEAL |

THE GRAND JURY CHARGES:

Count 1:
[Felon in Possession of a Firearm]

On or about August 13, 2010, in the District of Oregon, **GREGORY EDWARD PACCONE JR.**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Possess for Sale a Controlled Substance, to wit: Methamphetamine, on or about January 3, 2000, in the Municipal Court for

the County of Alameda, State of California, Docket Number H27626, did knowingly and unlawfully possess a firearm, to-wit: a Ruger, Model P-89, 9mm semiautomatic handgun, Serial Number 305-52674, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 2:
### [Felon in Possession of a Firearm]

On or about August 11, 2010, in the District of Oregon, **GREGORY EDWARD PACCONE JR.**, defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically: Possess for Sale a Controlled Substance, to wit: Methamphetamine, on or about January 3, 2000, in the Municipal Court for the County of Alameda, State of California, Docket Number H27626, did knowingly and unlawfully possess a firearm, to-wit: Colt, Model 94, 25 caliber pistol, Serial Number 232222, which had previously been transported in interstate and foreign commerce; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## Count 3:
### [Distribution of Methamphetamine]

On or about July 30, 2010, in the District of Oregon, **GREGORY EDWARD PACCONE JR.**, defendant herein, did knowingly and intentionally distribute five grams or more of methamphetamine (actual), a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

///

///

///

Page 2        Indictment

## Count 4:
### [Distribution of Cocaine]

On or about June 24, 2010, in the District of Oregon, **GREGORY EDWARD PACCONE JR.**, defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 5:
### [Manufacture of Cocaine Base in the form of Crack Cocaine]

On or about June 24, 2010, in the District of Oregon, **GREGORY EDWARD PACCONE JR.**, defendant herein, did knowingly and intentionally manufacture cocaine base, in the form of crack cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## Count 6:
### [Distribution of Cocaine]

On or about June 11, 2010, in the District of Oregon, **GREGORY EDWARD PACCONE JR.**, defendant herein, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

///

///

///

Page 3    Indictment

### Criminal Forfeiture Allegation:
### [Narcotics Offense]

Upon conviction of a controlled substance offense listed above in Counts 3, 4, 5, and 6, **GREGORY EDWARD PACCONE JR.** defendant herein, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property constituting or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations.

DATED this 24 day of February 2011.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON, OSB # 09054
United States Attorney
District of Oregon

_/s/ Scott Kerin_
SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney